UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL S. REGAN, in his official )<br>capacity as Administrator of the U.S. )<br>Environmental Protection Agency, *et al.*, )<br>)<br>Federal Defendants, )<br>)<br>and )<br>)<br>CROPLIFE AMERICA, )<br>)<br>Defendant-Intervenor. )<br>) | Civil Action No. 1:17-CV-02034-TSC |

## JOINT STATUS REPORT

Plaintiff Natural Resources Defense Council, Federal Defendants Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as administrator of EPA, and Defendant-Intervenor CropLife America (together, "the Parties"), through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's August 31, 2021 order.

The Parties have reached an agreement in principle for settlement of the case, which is subject to approval by the appropriate officials with EPA and the United States Department of Justice. While Federal Defendants have begun the requisite process, additional time is needed for EPA to put the proposed settlement out for a 30-day public comment period as well as time to review and analyze any comments received. Pursuant to the Court's order, the Parties will file

another joint status report on November 1, 2021, regarding the progress of the Parties' settlement discussions. If at that time it appears evident that the Parties will not be able to reach a settlement, the Parties will provide the Court with a proposed briefing schedule and proposed order.

Date: September 23, 2021

Respectfully submitted,

*/s/ Jolie D. McLaughlin*
Jolie D. McLaughlin (IL Bar No. 6316844), *pro hac vice*
Rebecca J. Riley (IL Bar No. 6284356), *pro hac vice*
Daniel L. Raichel (IL Bar No. 6306784), *pro hac vice*
Lucas J. Rhoads (DC Bar No. 252693)
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 651-7913
rriley@nrdc.org

*Attorneys for Plaintiff*
*Natural Resources Defense Council*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief

*/s/ Briena L. Strippoli*
BRIENA L. STRIPPOLI
Trial Attorney (MD Bar No. 0612130372)
MEREDITH FLAX
Assistant Section Chief (D.C. Bar No. 468016)
U.S. Department of Justice
Wildlife & Marine Resources Section
4 Constitution Square
150 M Street NE, Room 3.207
Washington, DC 20001
Tel: (202) 305-0339
briena.strippoli@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Kirsten L. Nathanson

Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
Elizabeth B. Dawson (D.C. Bar #230818)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500
knathanson@crowell.com
dchung@crowell.com
edawson@crowell.com

*Attorneys for Defendant-Intervenor
CropLife America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

Date: September 23, 2021                                          /s/ *Briena L. Strippoli*